## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:19-CV-24319-JLK

Plaintiff:
**CARLOS BRITO**

vs.

Defendant:
**LONESTAR RETAIL INCOME FUND, LLC.**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 21st day of October, 2019 at 9:49 am to be served on **LONESTAR RETAIL INCOME FUND, LLC. C/O J. MICHAEL BARRENCE, ITS REGISTERED AGENT, 1200 BRICKELL AVENUE, SUITE 500, MIAMI, FL 33131.**

I, Roberto Lindsay, do hereby affirm that on the **21st day of October, 2019 at 1:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **EUGENIO HURTADO** as **ADMINITRATIVE CLERK** for **LONESTAR RETAIL INCOME FUND, LLC. C/O J. MICHAEL BARRENCE, ITS REGISTERED AGENT** at the address of: **9415 SUNSET DRIVE, SUITE 274, MIAMI, FL 33173** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
10/21/2019 11:30 am Attempted service at 1200 Brickell Avenue, Suite 500k, Miami, Fl. 33131. There's no suite 500, Check on Suite 501 they don't know Michael Barrence, Check with concierge subject and company unknown.
10/21/2019 1:45 pm Served at 9415 Sunset Drive, Suite 274, Miami, Fl. 33173

## RETURN OF SERVICE For 1:19-CV-24319-JLK

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Roberto Lindsay
C.P.S. 1094

Lindsay Legal Services, Inc.
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2019002577

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c